# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff/Respondent,<br>   v.<br><br>CARMEN VIDALES-TORRES,<br><br>                Defendant/Petitioner. | CIVIL CASE NO. 06CV1600 J<br>CRIM CASE NO.  04CR0504 J<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

     Before the Court is Petitioner Carmen Vidales-Torres' Request for Withdrawal of 2255 Habeas Corpus Petition.  [Doc. No. 281.]  On December 8, 2006, the Court issued an order granting an evidentiary hearing as to Petitioner's claim that she received ineffective assistance of counsel due to her attorney's failure to appeal. [Doc. No. 277.]  Respondent then filed a Supplemental Submission in Opposition to Petitioner's Petition.  [Doc. No. 280.]  In its submission, Respondent stated that it had contacted Petitioner's trial counsel regarding Petitioner's desire to appeal her sentence.  (Supp. Submission at 2.)  Petitioner's trial counsel consulted with Petitioner and determined that Petitioner did not personally prepare her Petition, that she did not want to appeal her sentence, and that she desired to withdraw her Petition.  (*Id.* at 2-3.)  Petitioner's trial counsel agreed to assist Petitioner in preparing a motion to withdraw her Petition.  (*Id.* at 3.)  Petitioner subsequently filed the

1  instant request to withdraw her Petition, and the request has been signed by Petitioner.
2  Good cause being shown, the Court **GRANTS** Petitioner's request and **DISMISSES** her
3  Petition for writ of habeas corpus in its entirety.
4      **IT IS SO ORDERED.**
5
6  DATED: December 26, 2006
7  _____
8  HON. NAPOLEON A. JONES, JR.
   United States District Judge
9  cc: All Parties